| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, New Jersey 07004-1550<br>(973) 227-2840<br>Chapter 13 Standing Trustee<br><br>In Re:<br><br>**Barry H Ohringer** | Case No: 19-13989<br><br>Adv No:<br><br>Hearing Date: 8/14/2019<br><br>Judge: **SLM** |

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On 8/22/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

### PROPOSED AMENDED ORDER CONFIRMING PLAN

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Barry H Ohringer
   63 Mill Pond Rd
   Little Falls, NJ 07242
   **Mode of Service: Regular Mail**

   Camille J Kassar
   271 Route 46 West
   Suite C-102
   Fairfield, NJ 07004
   **Mode of Service: Regular Mail**

Dated: 8/22/2019                                                         By:___/S/ Lauren O'Shea_____
                                                                                            Lauren O'Shea