CAMILLE J KASSAR
LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST
SUITE C-102
FAIRFIELD, NJ 07004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-13989

Re:  BARRY H OHRINGER
     63 MILL POND ROAD
     LITTLE FALLS, NJ 07424

Atty: CAMILLE J KASSAR
      LAW OFFICES OF CAMILLE KASSAR, LLC
      271 ROUTE 46 WEST
      SUITE C-102
      FAIRFIELD, NJ 07004

### RECEIPTS AS OF 01/15/2020      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2019 | $692.43 | 833024586 | 04/30/2019 | $692.43 | 833576163 |
| 05/28/2019 | $692.43 | 833577805 | 07/02/2019 | $692.43 | 834632550 |
| 07/30/2019 | $692.43 | 834634192 | 09/04/2019 | $1,000.00 | 834636115 |
| 10/01/2019 | $1,000.00 | 835655343 | 10/29/2019 | $1,000.00 | 835656873 |
| 12/03/2019 | $1,000.00 | 835654601 | 12/27/2019 | $1,000.00 | 836595933 |

**Total Receipts: $8,462.15 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,462.15**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PNC BANK | | | | | | |
| | 09/16/2019 | $3,300.11 | 833,801 | 10/21/2019 | $1,933.00 | 835,848 |
| | 11/18/2019 | $948.00 | 837,910 | 01/13/2020 | $1,896.00 | 841,702 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 385.04 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COSTCO GO ANYWHERE CITICARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PNC BANK | MORTGAGE ARRE | 35,221.82 | 100.00% | 8,077.11 | 27,144.71 |
| 0006 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 194,755.25 | 100.00% | 0.00 | 194,755.25 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | FEIN SUCH KAHN & SHEPARD | UNSECURED | 4,634.31 | 100.00% | 0.00 | 4,634.31 |

**Total Paid: $8,462.15**
See Summary

**Chapter 13 Case # 19-13989**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $8,462.15    -    Paid to Claims: $8,077.11    -    Admin Costs Paid: $385.04    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.