51773
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Hyundai Lease Titling Trust
JM5630_____

|  |  |
|---|---|
| IN RE:    BARRY H. OHRINGER | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER: 13<br>CASE NO: 19-13989 (SLM)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Hyundai Lease Titling Trust.enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Hyundai Lease Titling Trust...with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Hyundai Lease Titling Trust., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Hyundai Lease Titling Trust.by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Hyundai Lease Titling Trust
P.O. Box 961245
Fort Worth, TX 76161

Hyundai Lease Titling Trust.pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/ _John R. Morton, Jr._
John R. Morton, Jr., Esquire
Attorney for Hyundai Lease Titling Trust.

Dated: