UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, N.A.

In Re:

Barry Ohringer,

Debtor.

Case No.: 19-13989-SLM

Chapter: 13

Hearing Date: 5/26/2021

Judge: Meisel

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief re: 63 Mill Pond Road (Docket # 41)

Date: 5/20/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*