CAMILLE J KASSAR  
LAW OFFICES OF CAMILLE KASSAR, LLC  
271 ROUTE 46 WEST  
SUITE C-102  
FAIRFIELD, NJ  07004  

Re:  BARRY H OHRINGER  
    63 MILL POND ROAD  
    LITTLE FALLS,  NJ  07424  

Atty:  CAMILLE J KASSAR  
    LAW OFFICES OF CAMILLE KASSAR, LLC  
    271 ROUTE 46 WEST  
    SUITE C-102  
    FAIRFIELD, NJ  07004  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**  
Chapter 13 Case # 19-13989

### RECEIPTS AS OF 01/14/2022 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2019 | $692.43 | 833024586 | 04/30/2019 | $692.43 | 833576163 |
| 05/28/2019 | $692.43 | 833577805 | 07/02/2019 | $692.43 | 834632550 |
| 07/30/2019 | $692.43 | 834634192 | 09/04/2019 | $1,000.00 | 834636115 |
| 10/01/2019 | $1,000.00 | 835655343 | 10/29/2019 | $1,000.00 | 835656873 |
| 12/03/2019 | $1,000.00 | 835654601 | 12/27/2019 | $1,000.00 | 836595933 |
| 01/28/2020 | $1,000.00 | 836593795 | 03/03/2020 | $1,000.00 | 837274588 |
| 03/31/2020 | $1,000.00 | 54283014 | 04/28/2020 | $1,000.00 | 542883486 |
| 06/02/2020 | $1,000.00 | 542884173 | 06/30/2020 | $1,000.00 | 543445380 |
| 07/28/2020 | $1,000.00 | 5434461000 | 08/28/2020 | $1,000.00 | 543447134 |
| 09/17/2020 | $1,000.00 | 543982588 | 10/27/2020 | $1,000.00 | 838941311 |
| 11/17/2020 | $1,000.00 | 838944382 | 12/15/2020 | $1,000.00 | 959286385 |
| 01/21/2021 | $1,000.00 | 839336714 | 02/23/2021 | $1,000.00 | 839339785 |
| 03/17/2021 | $1,000.00 | 839674012 | 04/20/2021 | $1,000.00 | 839674754 |
| 06/03/2021 | $1,000.00 | 839675823 | 06/29/2021 | $1,000.00 | 546565364 |
| 07/29/2021 | $1,000.00 | 546567276 | 08/31/2021 | $1,000.00 | 546891906 |
| 10/04/2021 | $1,000.00 | 546893504 | 11/02/2021 | $1,000.00 | 547603121 |
| 11/30/2021 | $1,000.00 | 547604537 | 01/03/2022 | $1,000.00 | 547606372 |

**Total Receipts: $32,462.15  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,462.15**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PNC BANK | | | | | | |
| | 09/16/2019 | $3,300.11 | 833,801 | 10/21/2019 | $1,933.00 | 835,848 |
| | 11/18/2019 | $948.00 | 837,910 | 01/13/2020 | $1,896.00 | 841,702 |
| | 03/16/2020 | $948.00 | 845,502 | 04/20/2020 | $1,896.00 | 847,445 |
| | 05/18/2020 | $900.00 | 849,271 | 07/20/2020 | $1,850.00 | 852,789 |
| | 08/17/2020 | $925.00 | 854,638 | 09/21/2020 | $925.00 | 856,487 |
| | 10/19/2020 | $925.00 | 858,338 | 11/16/2020 | $925.00 | 860,120 |

**Chapter 13 Case # 19-13989**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/21/2020 | $925.00 | 861,967 | | 01/11/2021 | $925.00 | 863,680 |
| | 02/22/2021 | $925.00 | 865,482 | | 03/15/2021 | $925.00 | 867,223 |
| | 04/19/2021 | $925.00 | 869,006 | | 05/17/2021 | $925.00 | 870,869 |
| | 06/21/2021 | $940.00 | 872,684 | | 07/19/2021 | $940.00 | 874,440 |
| | 08/16/2021 | $940.00 | 876,148 | | 09/20/2021 | $940.00 | 877,910 |
| | 11/17/2021 | $950.00 | 881,351 | | 12/13/2021 | $950.00 | 882,981 |
| | 01/10/2022 | $950.00 | 884,634 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,981.04 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COSTCO GO ANYWHERE CITICARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | HYUNDAI LEASE TITLING TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PNC BANK | MORTGAGE ARRE | 35,221.82 | 100.00% | 29,531.11 | 5,690.71 |
| 0006 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | FEIN SUCH KAHN & SHEPARD | UNSECURED | 4,634.31 | 100.00% | 0.00 | 4,634.31 |

**Total Paid: $31,512.15**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $32,462.15   -   Paid to Claims: $29,531.11   -   Admin Costs Paid: $1,981.04   =   Funds on Hand: $950.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.