Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13989−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry H Ohringer
   63 Mill Pond Road
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−9797

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/31/22 at 02:30 PM

to consider and act upon the following:

*48* − Objection to Debtor(s) Attorney's Application for Compensation (related document:47 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 4/23/2021 to 5/18/2022, fee: $750.00, expenses: $0.00. Filed by Camille J Kassar. Objection deadline is 5/25/2022. (Attachments: # 1 Certificate of Service # 2 Summary # 3 Time Sheet # 4 Proposed Order) filed by Debtor Barry H Ohringer) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/19/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court