# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
PNC Bank, National Association

CASE NO. 19-13989 SLM
CHAPTER 13
Judge: Stacey L. Meisel

In re:

Barry H. Ohringer

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED APRIL 11, 2005

I, Barbara Essman , employed as Authorized Signer by PNC Bank, National Association, hereby
certifies the following information:
Recorded on May 9, 2005 in Passaic County, in Book M6049, at Page 145.

Property Address: 63 Mill Pond Rd, West Paterson NJ 07424.

Mortgage Holder: PNC Bank, National Association

Mortgagor(s)/ Debtor(s): Barry H. Ohringer

POST-PETITION PAYMENTS (Petition filed on February 27, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 06/21/2021 | | | | | $16.96 |
| | | To Suspense | $731.00 | 07/09/2021 | $747.96 |
| $730.18 | 07/05/2021 | 07/2021 | From Suspense | 07/15/2021 | $17.78 |
| | | To Suspense | $731.00 | 08/10/2021 | $748.78 |
| $730.18 | 08/05/2021 | 08/2021 | From Suspense | 08/11/2021 | $18.60 |
| | | To Suspense | $730.00 | 09/14/2021 | $748.60 |
| $730.18 | 09/05/2021 | 09/2021 | From Suspense | 09/15/2021 | $19.32 |
| | | To Suspense | $731.00 | 10/14/2021 | $749.42 |
| $730.18 | 10/05/2021 | 10/2021 | From Suspense | 10/15/2021 | $19.24 |
| | | To Suspense | $735.00 | 11/12/2021 | $754.24 |
| $730.18 | 11/05/2021 | 11/2021 | From Suspense | 11/15/2021 | $24.06 |
| | | To Suspense | $735.00 | 12/14/2021 | $759.06 |
| $730.18 | 12/05/2021 | 12/2021 | From Suspense | 12/15/2021 | $28.88 |
| | | To Suspense | $735.00 | 01/14/2022 | $763.88 |

| $730.18 | 01/05/2022 | 01/2022 | From Suspense | 01/18/2022 | $33.70 |
|---|---|---|---|---|---|
| | | To Suspense | $735.00 | 02/15/2022 | $768.70 |
| $730.18 | 02/05/2022 | 02/2022 | From Suspense | 02/16/2022 | $38.52 |
| | | To Suspense | $735.40 | 03/10/2022 | $773.92 |
| $730.18 | 03/05/2022 | 03/2022 | From Suspense | 03/30/2022 | $43.74 |
| | | To Suspense | $750.00 | 04/27/2022 | $793.74 |
| | | To Suspense | $750.00 | 05/26/2022 | $1,543.74 |
| $730.18 | 04/05/2022 | 04/2022 | From Suspense | 05/27/2022 | $813.56 |
| $730.18 | 05/05/2022 | 05/2022 | From Suspense | 05/27/2022 | $83.38 |
| | | To Suspense | $750.00 | 06/23/2022 | $833.38 |
| $730.18 | 06/05/2022 | 06/2022 | From Suspense | 06/24/2022 | $103.20 |
| | | To Suspense | $740.00 | 07/27/2022 | $843.20 |
| $730.18 | 07/05/2022 | 07/2022 | From Suspense | 07/28/2022 | $113.02 |
| $730.18 | 08/05/2022 | 08/2022 | $0.00 | | $113.02 |
| $730.18 | 09/05/2022 | 09/2022 | $0.00 | | $113.02 |
| $730.18 | 10/05/2022 | 10/2022 | $0.00 | | $113.02 |
| **Total Due: $11,682.88** | | **Total Received: $9,588.40** | | **Arrears: $2,092.48** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $730.18
Arrears: $2,092.48

Each current monthly payment is comprised of:

    Principal & Interest:   $730.18

    R.E. Taxes:   $_____

    Insurance:   $_____

    Other:   $_____   (Specify: Escrow)

    TOTAL   $730.18

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary) N/A

PRE-PETITION ARREARS: $18,347.13

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _11-08-2022_

                          _Barbara Essman_
                          Signature
                          **Barbara Essman**
                          **Authorized Signer**