Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13989−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Barry H Ohringer
63 Mill Pond Road
Little Falls, NJ 07424

Social Security No.:
xxx−xx−9797

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/11/23 at 10:00 AM

to consider and act upon the following:

**55** − in Opposition to (related document:54 Creditor's Certification of Default (related document:41 Motion for Relief from Co−Debtor Stay of Sheryl Bloom filed by Creditor PNC BANK, NATIONAL ASSOCIATION, Motion for Relief from Stay re: re: 63 Mill Pond Road, Little Falls, NJ, 07424. Fee Amount $ 188., 44 Order on Motion For Relief From Co−Debtor Stay, Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 11/30/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by Camille J Kassar on behalf of Barry H Ohringer. (Kassar, Camille)

Dated: 11/30/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court