UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J Kassar

Law Offices of Camille Kassar, LLC

271 Route 46 West

Suite C-102

Fairfield, NJ 07004

973-227-3296

Fax : 973-860-2448

Email: ckassar@locklawyers.com

In Re:

Barry H. Ohringer

Case No.:     19-13989

Chapter:     13

Hearing Date:     

Judge:     SLM

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Application for Compensation docket#60 as this must be corrected and refiled.

_____

Date: 1/26/2023

/s/ Camille J. Kassar
Signature

*rev.8/1/15*