Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13989−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry H Ohringer
   63 Mill Pond Road
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−9797

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 23, 2019.

   On 3/22/2023 at 8:30 AM the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                March 22, 2023
Time:                 08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 17, 2023
JAN: wdh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Barry H Ohringer  
    Debtor

Case No. 19-13989-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 17, 2023      Form ID: 185      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry H Ohringer, 63 Mill Pond Road, Little Falls, NJ 07424-2992 |
| cr | | Glen Pond Condominium Associaiton, Inc., c/o 5 Becker Farm Road, Suite 406, Roseland, NJ 07068 |
| 518788540 | + | Jeffrey A. Sirot, Esq., Curcio Mirzaian Sirot, LLC, 5 Becker Farm Road, Suite 406, Roseland, NJ 07068-1761 |
| 518051821 | + | PNC Bank National, P.O Box 1820, Dayton, OH 45401-1820 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 17 2023 20:42:00 | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518170898 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Feb 17 2023 20:41:00 | Bnai Shalom, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518051817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2023 20:45:11 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518147057 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 17 2023 20:42:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518051816 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 17 2023 20:45:22 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518051818 | + | Email/Text: EBNBKNOT@ford.com | Feb 17 2023 20:42:00 | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 518051820 | + | Email/PDF: pa_dc_claims@navient.com | Feb 17 2023 20:45:09 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518235672 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 17 2023 20:41:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518397217 | | Email/Text: EDBKNotices@ecmc.org | Feb 17 2023 20:41:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 518051822 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 17 2023 20:41:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 185 | Total Noticed: 16 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518051819 | *+ | Kia Motors Finance, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 518051823 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille J Kassar | on behalf of Debtor Barry H Ohringer ckassar@locklawyers.com bbkconsultantllc@gmail.com,tdell@locklawyers.com,ckassar@locklawyers.com,kassarcr75337@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey A Sirot | on behalf of Creditor Glen Pond Condominium Associaiton Inc. inbox@cmsllc.law |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6