UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esq.
Law Office of Camille J. Kassar
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
T: 973-227-3296
F: 973-860-2448
email: ckassar@locklawyers.com

Order Filed on February 21, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barry H. Ohringer

| | |
|---|---|
| Case No.: | 19-13989SLM |
| Chapter: | 13 |
| Judge: | SLM |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 21, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar, Esq._____, the applicant, is allowed a fee of $ _____1,412.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,412.50_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $__n/a__ per month for __n/a__ months to allow for payment of the above fee.

*rev.8/1/15*

2